UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL GRESHAM,

       Plaintiff,                             Case No. 2:14-CV-253

v.                                       HON. ROBERT HOLMES BELL

ROBERT NAPEL, et al.,

       Defendants.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On March 5, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") (ECF No. 9) recommending that Plaintiff's motion for preliminary injunction and a temporary restraining order (ECF No. 3) be denied. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

**IT IS HEREBY ORDERED** that the Magistrate Judge's March 5, 2015, R&R (ECF No. 9) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Preliminary Injunction and a Temporary Restraining Order (ECF No. 3) is **DENIED**.


Dated: March 24, 2015                          /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    UNITED STATES DISTRICT JUDGE