UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL GRESHAM,

    Plaintiff,

v.

    File No. 2:14-cv-253

    HON. ROBERT HOLMES BELL

ROBERT NAPEL, et al.,

    Defendants.
    _____/

**O R D E R**

On August 20, 2015, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation (R&R) (ECF No. 31) recommending that Plaintiff's motion for temporary restraining order and permanent injunction (ECF No. 24) be denied. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's August 20, 2015, R&R (ECF No. 31) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for temporary restraining order and permanent injunction (ECF No. 24) is **DENIED**.

Dated: February 14, 2016          /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE