UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL GRESHAM,

    Plaintiff,

v.

    Case No.: 2:14-cv-253

    HONORABLE PAUL L. MALONEY

JOHN HILL, et al.,

    Defendants.
    _____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 168). The Report and Recommendation was duly served on the parties. No objections have been filed.

    ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

    **THEREFORE, IT IS ORDERED** that Defendants' motion for summary judgment (ECF No. 162) is DENIED.

Dated: February 21, 2017          /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge