UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL GRESHAM, #272603, )
      Plaintiff, )
          ) No. 2:14-cv-253
-v- )
          ) Honorable Paul L. Maloney
ROBERT NAPEL, et al., )
      Defendants. )
          )

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND
## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Michael Gresham is a prisoner under the control of the Michigan Department of Corrections. Gresham filed this civil rights lawsuit alleging, among other things, that Defendants Hill, Nadeau and Viitala violated his rights under the Eighth Amendment by paying a prisoner to assault him. Defendants Hill, Nadeau and Viitala are the only remaining defendants, and they filed a motion for summary judgment. (ECF No. 176.) The magistrate judge issued a report recommending the motion be granted. (ECF No. 183). Gresham filed objections. (ECF No. 184.)

After being served with a report and recommendation (R&R) issued by a magistrate judge, a party has fourteen days to file written objections to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). A district court judge reviews de novo the portions of the R&R to which objections have been filed. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Only those objections that are specific are entitled to a de

novo review under the statute. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986) (per curiam).

The Court has reviewed the objections. Gresham merely restates his allegations. He does not identify any specific factual mistake in the report and recommendation. None of the objections assert an error of law.

The Court finds the R&R accurately describes the state of the record and correctly applies the facts to the law. Therefore, the R&R (ECF No. 183) is **ADOPTED** as the Opinion of this Court. Defendants' motion for summary judgment (ECF No. 176) is **GRANTED.** The Court further finds that Gresham has no good faith basis for an appeal. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962.

**IT IS SO ORDERED.**

Date: March 1, 2018            /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　United States District Judge