UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL GRESHAM, #272603, ) | |
| Plaintiff, ) | |
| ) | No. 2:14-cv-253 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| ROBERT NAPEL, et al., ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 1, 2018                                  /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     United States District Judge